UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 1:19CR78 |
| ) | |
| v. ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| **KYLE EVERETT HUSKEY** ) | |
| Inmate # 486 ) | |
| ) | |
| _____ ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Kyle Everett Huskey, Inmate # 486, W/M, DOB 04/02/1994 who is presently detained in the Swain County Jail, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Indictment in the above district against said defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case the defendant shall be returned to the custody of Swain County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 8th day of August, 2019.

R. ANDREW MURRAY
United States Attorney

s/ David A. Thorneloe
Assistant United States Attorney
V.A. Bar No. 71507
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
Fax: 828-271-4670
E-mail: david.thorneloe@usdoj.gov