AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Kyle Everett Huskey<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19 cr 78-MR-WCM |

RECEIVED US MARSHALS SERVICE 2019 AUG 12 PM 1:39 WESTERN NORTH CAROLINA ASHEVILLE NC

FILED
ASHEVILLE, N.C.

AUG 27 2019

U.S. DISTRICT COURT
W. DIST. OF N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kyle Everett Huskey ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowing that he had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess firearms and ammunition.

Date: 8/8/19

_____
*Issuing officer's signature*

City and state: Asheville, NC

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/12/19 , and the person was arrested on *(date)* 8/23/19
at *(city and state)* Asheville, NC .

Date: 8/23/19

_____
*Arresting officer's signature*

Andrew McNulty DUSM
*Printed name and title*

Case: 1:19-cr-00078-MR-WCM  Document 2  Filed 08/08/2019  Page 1 of 1
Case 1:19-cr-00078-MR-WCM  Document 10  Filed 08/27/19  Page 1 of 1